| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2013 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Yeakel III, Earl L. | 2. Court or Organization District Court, W.D. Texas | 3. Date of Report 05/12/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge - Active | 5a. Report Type (check appropriate type) ☐ Nomination    Date ☐ Initial  ☑ Annual  ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2013 to 12/31/2013 |

**7. Chambers or Office Address**

United States Courthouse
501 West 5th Street
Austin, Texas 78701

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Theodore Roosevelt Association |
| 2. | Member | University of Texas Longhorn Foundation Advisory Council |
| 3. | Member | Texas Commission on Uniform State Laws |
| 4. | Member | National Conference of Commissioners on Uniform State Laws |
| 5. | Member | Board of Advisors, Austin Lawyers Chapter, The Federalist Society |
| 6. | President | Austin Intellectual Property Chapter, American Inns of Court |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Employees Retirement System of Texas - Retirement |
| 2. 2013 | Nitsche & Ferguson Ins. Agency Inc. - Commission Sales |
| 3. 2013 | Texas Bar Foundation - Contract Labor (Editing) |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Commissioners on Uniform State Laws | January 23-27, 2013 | Tucson, Arizona | Committee on Style Meeting | Transportation, Meals, & Lodging |
| 2. | National Conference of Commissioners on Uniform State Laws | February 14-17, 2013 | Washington, D.C. | Drafting Committee Meeting | Transportation, Meals, & Lodging |
| 3. | Houston Intellectual Property American Inn of Court | March 28-29, 2013 | Houston, Texas | Inn of Court Meeting | Meals & Lodging |
| 4. | National Conference of Commissioners on Uniform State Laws | April 4-6, 2013 | Washington, D.C. | Drafting Committee Meeting | Transportation, Meals, & Lodging |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Yeakel III, Earl L. | 05/12/2014 |

| | | | | |
|---|---|---|---|---|
| 5. | The University of Texas at Austin | April 11, 2013 | Dallas, Texas | 35th Annual Corporate Counsel Institute (Dallas Presentation) | Transportation & Meals |
| 6. | National Conference of Commissioners on Uniform State Laws | April 24-28, 2013 | Sacramento, California | Committee on Style | Transportation, Meals, & Lodging |
| 7. | The University of Texas at Austin | May 1-2, 2013 | Houston, Texas | 35th Annual Corporate Counsel Institute (Houston Presentation) | Transportation, Meals, & Lodging |
| 8. | American Conference Institute | July 29-31, 2013 | San Francisco, California | 25th National Forum on Bad Faith Litigation | Transportation, Meals, & Lodging |
| 9. | National Conference of Commissioners on Uniform State Laws | September 4-8, 2013 | Chicago, Illinois | Committee on Style | Transportation, Meals, & Lodging |
| 10. | Austin Intellectual Property American Inn of Court | October 19-20, 2013 | Washington, D.C. | American Inns of Court Celebration of Excellence Dinner | Transportation, Meals, & Lodging |
| 11. | The Center for American & International Law | November 10-11, 2013 | Plano, Texas | 51st Annual Conference on Intellectual Property Law | Transportation, Meals, & Lodging |
| 12. | Ocean Tomo, LLC | November 12-13, 2013 | Chicago, Illinois | Surveys in Patent Litigation Presentation | Transportation, Meals, & Lodging |
| 13. | National Conference of Commissioners on Uniform State Laws | November 14-16, 2013 | Washington, D.C. | Drafting Committee Meeting | Transportation, Meals, & Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Yeakel III, Earl L. | 05/12/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Prosperity Bank | Line of Credit | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Yeakel III, Earl L. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. SCHW Common Stock | A | Dividend | J | T | | | | | |
| 2. CVX Common Stock | C | Dividend | M | T | Buy (add'l) | 09/24/13 | J | | |
| 3. CVX Common Stock | | | | | Sold (part) | 09/27/13 | J | A | |
| 4. C Common Stock | A | Dividend | | | Sold | 12/10/13 | J | A | |
| 5. DELL Common Stock | A | Dividend | | | Sold | 10/30/13 | K | A | |
| 6. XOM Common Stock | A | Dividend | K | T | | | | | |
| 7. F Common Stock | A | Dividend | J | T | | | | | |
| 8. JPM Common Stock | A | Dividend | | | Sold | 12/13/13 | K | E | |
| 9. MSFT Common Stock | A | Dividend | J | T | | | | | |
| 10. Rogers Communications, Inc. Class B Common Stock | A | Dividend | K | T | | | | | |
| 11. Royal Dutch Shell PLC Common Stock | B | Dividend | K | T | | | | | |
| 12. LUV Common Stock | A | Dividend | K | T | | | | | |
| 13. SPND.OB Common Stock | | None | J | T | | | | | |
| 14. DIS Common Stock | A | Dividend | J | T | | | | | |
| 15. Fidelity Blue Chip Growth Mutual Fund | A | Dividend | K | T | | | | | |
| 16. Fidelity Blue Chip Growth Mutual Fund | C | Distribution | | | | | | | |
| 17. Fidelity China Region Mutual Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Yeakel III, Earl L. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fidelity China Region Mutual Fund | A | Distribution | | | | | | | |
| 19. Fidelity New Millenium Mutual Fund | A | Dividend | K | T | | | | | |
| 20. Fidelity New Millennium Mutual Fund | C | Distribution | | | | | | | |
| 21. Fidelity Municipal Money Market Mutual Fund | A | Interest | K | T | | | | | |
| 22. Fideltiy Municipal Money Market Mutual Fuind | A | Distribution | | | | | | | |
| 23. Fidelity US Gov't Reserves Mutual Fund | A | Dividend | L | T | | | | | |
| 24. Vanguard Prime Money Market Mutual Fund | A | Dividend | | | Sold | 10/07/13 | K | A | |
| 25. Vanguard Total Stock Market Index Admiral Mutual Fund | A | Dividend | K | T | Buy | 10/07/13 | K | | |
| 26. Prosperity Bank (CD) | A | Interest | L | T | | | | | |
| 27. Prosperity Bank (CD) | A | Interest | K | T | | | | | |
| 28. Prosperity Bank (Checking) | A | Interest | J | T | | | | | |
| 29. Wells Fargo Bank (Checking) | A | Interest | J | T | | | | | |
| 30. Wells Fargo Bank (Checking) | A | Interest | K | T | | | | | |
| 31. Wells Fargo Bank (Savings) | A | Interest | K | T | | | | | |
| 32. AllianceBernstein Growth & Income Fuind Inc Advisor CL (Mutual Fund) | A | Dividend | K | T | Buy | 08/23/13 | K | | |
| 33. Alps ETF Tr Alerian MLP | A | Dividend | J | T | Buy | 09/24/13 | J | | |
| 34. Alps ETF Tr Alerian MLP | | | | | Sold (part) | 09/27/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Yeakel III, Earl L. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Alps ETF Tr Alerian MLP | | | | | Sold (part) | 10/30/13 | J | A | |
| 36. Alps ETF Tr Alerian MLP | | | | | Sold (part) | 11/29/13 | J | A | |
| 37. Altria Group Inc Common Stock | | None | J | T | Buy | 09/24/13 | J | | |
| 38. Altria Group Inc Common Stock | | | | | Sold (part) | 09/27/13 | J | A | |
| 39. Annaly Capital Management Inc. (Mutual Fund) | A | Dividend | | | Buy | 09/24/13 | J | | |
| 40. Annaly Capital Mangement Inc. (Mutual Fund) | | | | | Sold (part) | 09/27/13 | J | A | |
| 41. Annaly Capital Managment Inc. (Mutual Fund) | | | | | Sold | 10/30/13 | J | A | |
| 42. Artisan Value Fund (Mutual Fund) | | None | | | Sold | 02/13/13 | K | A | |
| 43. Artisan Funds Inc Global Value Fund Inv Shs (Mutual Fund) | A | Dividend | K | T | Buy | 02/13/13 | K | | |
| 44. Artisan Funds Inc Global Value Fund Inv Shs (Mutual Fund) | A | Distribution | | | Sold (part) | 11/04/13 | J | A | |
| 45. American Century Diversified Bond Fund (Mutual Fuind) | A | Dividend | | | Sold | 06/27/13 | J | A | |
| 46. American Electric Power Co Inc Common Stock | | None | J | T | Buy | 12/26/13 | J | | |
| 47. Bank of Montreal Common Stock | A | Dividend | J | T | Buy | 09/24/13 | J | | |
| 48. Bank of Montreal Common Stock | | | | | Sold (part) | 09/27/13 | J | A | |
| 49. Bank of Nova Scotia Common Stock | A | Dividend | J | T | Buy | 09/24/13 | J | | |
| 50. Bank of Nova Scotia Common Stock | | | | | Sold (part) | 09/27/13 | J | A | |
| 51. BCE Inc Common Stock | | None | J | T | Buy | 09/24/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,001 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Yeakel III, Earl L. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. BCE Inc Common Stock | | | | | Sold (part) | 09/27/13 | J | A | |
| 53. CenturyLink Inc Common Stock | A | Dividend | | | Buy | 09/24/13 | J | | |
| 54. CenturyLink Inc Common Stock | | | | | Sold (part) | 09/27/13 | J | A | |
| 55. CenturyLink Inc Common Stock | | | | | Sold | 12/26/13 | J | A | |
| 56. Darden Restaurants Inc Common Stock | A | Dividend | J | T | Buy | 09/24/13 | J | | |
| 57. Darden Restaurants Inc Common Stock | | | | | Sold (part) | 09/27/13 | J | A | |
| 58. Diamond Offshore Drilling Inc Common Stock | | None | | | Buy | 09/24/13 | J | | |
| 59. Diamond Offshore Drilling Inc Common Stock | | | | | Sold (part) | 09/27/13 | J | A | |
| 60. Diamond Offshore Drilling Inc Common Stock | | | | | Sold | 10/30/13 | J | A | |
| 61. Dominion Resources Inc VA Common Stock | A | Dividend | J | T | Buy | 09/24/13 | J | | |
| 62. Dominion Resources Inc VA Common Stock | | | | | Sold (part) | 09/27/13 | J | A | |
| 63. Thornberg Investment Inc. Builder I (TIBIX) | A | Dividend | K | T | | | | | |
| 64. Driehaus Mut Fds Select Cr Fds (Mutual Fund) | A | Dividend | J | T | Buy | 02/14/13 | J | | |
| 65. Driehaus Mut Fds Select Cr Fds (Mutual Fund) | A | Distribution | | | | | | | |
| 66. Federated Strategic Value Dividend Fund Instl (Mutual Fund) | A | Dividend | K | T | Sold (part) | 11/06/13 | J | A | |
| 67. Federated Strategic Value Dividend Fund Instl (Mutual Fund) | A | Distribution | K | T | | | | | |
| 68. Fidelity Advisor Emerging Markets Income Fund FMKIX | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Yeakel III, Earl L. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Fidelity Advisor Emerging Markets Income Fund FMKIX | A | Distribution | | | | | | | |
| 70. Fidelity Advisor Growth Opportunites Mutual Fund-CL I | | None | K | T | Sold (part) | 11/06/13 | J | A | |
| 71. First Eagle US Value Fund CL I (Mutual Fund) | A | Dividend | K | T | | | | | |
| 72. First Eagle US Value Fund CL I (Mutual Fund) | A | Distribution | | | | | | | |
| 73. First Eagle Global Fund SGIIX | A | Dividend | J | T | | | | | |
| 74. First Eagle Gobal Fund SGIIX | A | Distribution | | | | | | | |
| 75. FirstEnergy Corp Common Stock | A | Dividend | | | Buy | 09/24/13 | J | | |
| 76. FirstEnergy Corp Common Stock | | | | | Sold (part) | 09/27/13 | J | A | |
| 77. FirstEnergy Corp Common Stock | | | | | Sold | 12/26/13 | J | A | |
| 78. Fidelity Advisor New Insights (Mutual Fund) | C | Distribution | K | T | Sold (part) | 11/06/13 | J | B | |
| 79. Eaton Vance Floating Rate Advantage Fund (Mutual Fund) | A | Dividend | K | T | | | | | |
| 80. Eaton Vance Income Fund Boston Inc EIBIX | A | Dividend | J | T | | | | | |
| 81. Eli Lilly & Co Common Stock | A | Dividend | | | Buy | 09/24/13 | J | | |
| 82. Eli Lilly & Co Common Stock | | | | | Sold (part) | 09/27/13 | J | A | |
| 83. Eli Lilly & Co Common Stock | | | | | Sold | 11/29/13 | J | A | |
| 84. Health Care REIT Inc | A | Dividend | | | Buy | 09/24/13 | J | | |
| 85. Health Care REIT | | | | | Sold (part) | 09/27/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Yeakel III, Earl L. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Health Care REIT | | | | | Sold | 11/29/13 | J | A | |
| 87. Henderson Global Equity Income Fund CL 1 (Mutual Fund) | A | Dividend | K | T | | | | | |
| 88. HSBC Holdings PLC | | None | J | T | Buy | 12/26/13 | J | | |
| 89. Merck & Co Inc Common Stock | | None | J | T | Buy | 09/24/13 | J | | |
| 90. Merck & Co Inc Common Stock | | | | | Sold (part) | 09/27/13 | J | A | |
| 91. Microchip Technology Inc Common Stock | A | Dividend | J | T | Buy | 09/24/13 | J | | |
| 92. Microchip Technology Inc Common Stock | | | | | Sold (part) | 09/27/13 | J | A | |
| 93. Neuberger & Berman Equity Income FDS CL A (Mutual Fund) | A | Dividend | | | Sold | 08/23/13 | K | B | |
| 94. Lockheed Martin Corp Common Stock | A | Dividend | J | T | Buy | 09/24/13 | J | | |
| 95. Lockheed Martin Corp Common Stock | | | | | Sold (part) | 09/27/13 | J | A | |
| 96. Loomis Sayles Investment Grade Bond Fund (Mutual Fund) | A | Dividend | | | Sold | 07/08/13 | K | A | |
| 97. Lorillard Inc Common Stock | A | Dividend | J | T | Buy | 09/24/13 | J | | |
| 98. Lorillard Inc Common Stock | | | | | Sold (part) | 09/27/13 | J | A | |
| 99. National Retail Properties Inc Common Stock | A | Dividend | | | Buy | 09/24/13 | J | | |
| 100. National Retail Properties Inc Common Stock | | | | | Sold (part) | 09/27/13 | J | A | |
| 101. National Retail Properties Inc Common Stock | | | | | Sold (part) | 10/30/13 | J | A | |
| 102. National Retail Properties Inc Common Stock | | | | | Sold | 11/29/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Oakmark International Small Cap Fund (Mutual Fund) | A | Dividend | K | T | Buy | 11/27/13 | K | | |
| 104. Pimco Total Return Fund PTTAX (Mutual Fund) | A | Dividend | | | Buy (add'l) | 05/17/13 | J | | |
| 105. Pimco Total Return Fund PTTAX (Mutual Fund) | | | | | Buy (add'l) | 06/18/13 | K | | |
| 106. Pimco Total Return Fund PTTAX (Mutual Fund) | | | | | Sold | 09/19/13 | L | A | |
| 107. Pimco Real Return Mutual Fund Cl A PRTNX | A | Dividend | | | Sold | 06/18/13 | K | A | |
| 108. Pimco FDS Real RTN AST P (Mutual Fund) | A | Dividend | | | Sold | 02/14/13 | J | A | |
| 109. Invesco Asia Pacific Growth Fund ASIYX | | None | | | Sold | 11/29/13 | K | A | |
| 110. Washington Mutual Invs Fund CL F-2 SHS | A | Dividend | K | T | Sold (part) | 11/06/13 | J | A | |
| 111. Washington Mutual Invs Fund CL F-2 SHS | A | Distribution | | | | | | | |
| 112. JPMorgan TR II Equity Income Fund HLIEX | A | Dividend | K | T | | | | | |
| 113. JPMorgan TR II Equity Income Fund HLIEX | A | Distribution | | | | | | | |
| 114. Weitz FDS Hickory FD WEHIX | | None | K | T | Sold (part) | 11/04/13 | J | A | |
| 115. Third Avenue Real Estate Value Fund TAREX | A | Dividend | K | T | Buy (add'l) | 02/07/13 | J | | |
| 116. Third Avenue Real Estate Value Fund TAREX | A | Distribution | | | Sold (part) | 11/04/13 | J | A | |
| 117. SPDR Gold TR GLD | | None | J | T | Buy (add'l) | 02/11/13 | J | | |
| 118. SPDR Gold TR GLD | | | | | Sold (part) | 06/27/13 | J | A | |
| 119. Prime Money Market Fund (Mutual Fund) | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Yeakel III, Earl L. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Federated Gov't Obl. Tax Mgd. Fund #636 (see note) | A | Dividend | K | T | Buy (add'l) | 03/26/13 | K | | |
| 121. Federal Home Loan Bank 3.13% Note | A | Interest | | | Matured | 12/13/13 | K | A | |
| 122. Federal Home Loan Bank 1.45% Note | A | Interest | K | T | Buy | 04/17/13 | K | | |
| 123. Federal Farm Credit Bank 3.45% Note | A | Interest | K | T | | | | | |
| 124. U.S. Treasury 5.5% Note | D | Interest | M | T | | | | | |
| 125. Federal Farm Credit Bank 2.30% Note | A | Interest | | | Redeemed | 03/26/13 | K | A | |
| 126. Introgen Theraputics Inc. | | None | | | Sold | 12/10/13 | J | A | |
| 127. Luby's Inc. | | None | J | T | | | | | |
| 128. United States Series I Savings Bonds | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Yeakel III, Earl L. | 05/12/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Item 120.  This item was listed as Federal Gov't Obl. Tax Mgd. Fund #636 on previous reports.

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Earl L. Yeakel III**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544